VINCENT A. SAVARESE v. THE BOROUGH OF AVALON.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL B. SMITH.

October 15, 1974. Petition for certification denied. (See 129 *N. J. Super.* 430)

STATE OF NEW JERSEY v. JOHN BURNEY, JR.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. BARNEY WILLIAMS.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. BARRY J. ALLEN.

October 15, 1974. Petition for certification denied.

RICHARD CHABAK v.
BD. OF EDUCATION OF THE CITY OF PLAINFIELD.

October 29, 1974. Petition for certification denied.